**In re the MARRIAGE OF Anna Catherine THIEL and Frank C. Thiel.**

**Anna Catherine THIEL, Petitioner/Respondent,**

v.

**Frank C. THIEL, Respondent/Appellant.**

**No. 60521.**

Missouri Court of Appeals, Eastern District, Division One.

April 21, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 18, 1992.

Application to Transfer Denied July 21, 1992.

Appeal from the Circuit Court, St. Louis County; Richard F. Provaznik, Judge.

Theodore S. Schechter, Michael Schechter, Schechter & Watkins, Clayton, for respondent, appellant.

Frank Susman, Susman, Schermer, Rimmel & Shifrin, Clayton, for petitioner, respondent.

## ORDER

PER CURIAM.

This is an appeal from the trial court's order awarding wife maintenance and attorney's fees pendente lite in a dissolution case. The trial court's order is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).